| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | LUIS MANUEL LOPEZ-JIMENEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00326 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | |
| LUIS MANUEL LOPEZ-JIMENEZ, | ) | Date; January 9, 2012 |
| | ) | Time: 1:00 P.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for December 19, 2011, **may be continued to January 9, 2012 at 1:00 P.M.**

This continuance is requested by counsel for the defendant to allow additional time for defense review of the pre plea PSR and, if necessary, further plea negotiation prior to hearing. On November 21, 2011, the defense submitted a pre plea worksheet to probation for the purpose of preparation of a pre plea PSR. On December 14, 2011, defense counsel received the PSR. The defendant is being housed at the Lerdo facility; due to the timing of receipt of the PSR defense counsel is unable to schedule Defendant to be transported to review the report with the defendant prior to the currently scheduled hearing. Assistant U.S. Attorney Ian Garriques is not opposed to this request. The requested continuance will conserve time and resources for both counsel and the court.

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 14, 2011     By  /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 14, 2011     By  /s/ Marc Days
                                 MARC DAYS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS MANUEL LOPEZ-JIMENEZ

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). Good Cause exists for the continuance. Time is excluded for the reasons found in the request/stipulation.

IT IS SO ORDERED.

**Dated:   December 15, 2011        /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE